IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-74 (CJN) |
| v. | : | 40 U.S.C. § 5104(e)(2)(D), (G) |
| **DEREK JACCOB DODDER,** | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Derek Jaccob Dodder, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday,

November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.	Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.	On January 6, 2021, Derek Jaccob Dodder, along with co-defendant Derek Andrew Nelson, attended the "Stop the Steal" rally near the Ellipse.  Dodder wore a black baseball hat, a green camouflage jacket, black-and-red gloves, and khaki camouflage-style pants.  Dodder also brought a handheld GoPro device, goggles, a pink respirator, and, at times, carried an American flag around his neck.  Image 1 below is a still image from a publicly available video depicting Dodder's attire.



*Image 1: Dodder (circled), with Nelson, on January 6, 2021 near the Washington Monument*

9. After the rally, Dodder and Nelson followed the crowd west towards the Capitol. *See* Image 2.



*Image 2: Dodder (circled) walks with Nelson and the crowd towards the Capitol*

10. Dodder and Nelson joined the large, rowdy crowd outside the northwest scaffolding. Both Dodder and Nelson both joined the mob's chants against line of officers defending the entry to the scaffolding. Dodder joined the mob's chant of "USA!," as depicted in Image 3 below. Police in the area used chemical sprays, among other crowd control measures, in an effort to disburse the crowd from this restricted area that was not open to the public. Rioters in the crowd themselves were armed with chemical sprays, which they used against the police. At this point, Dodder had donned goggles.



*Image 3: Dodder (circled) joined the crowd's chants of "USA!" by the Northwest Scaffolding*

      11.      Shortly thereafter, the mob overran the line of officers defending the scaffolding. Dodder joined the mob as it surged forward.  *See* Image 4.  Dodder saw the mob's assaults against law enforcement, including rioters' use of chemical sprays against officers.



*Image 4: Dodder (circled) joins the surge of rioters overrunning the U.S. Capitol Police officers defending the Northwest Scaffolding*

12. The mob battled up the scaffolding and, ultimately, overran multiple defensive lines of police officers attempting to halt the rioters' advance, all the way to the Upper West Terrace.

13. On the Upper West Terrace, Dodder and Nelson initially approached the broken-out window next to the Senate Wing Door. However, both quickly retreated from the window, as other rioters can be heard exclaiming "rubber bullets." *See* Image 5.



*Image 5: Dodder (circled) initially retreats from the Senate Wing Door, before going back to the door moments later*

14. Moments later, however, Dodder and Nelson headed back towards the Capitol. They entered the Capitol at approximately 2:16 p.m. on the first floor at the Senate Wing, approximately three minutes after the initial breach. Dodder entered the Capitol building by climbing through a broken-out window to the one side of the door; a continuous alarm was audible at that time. *See* Image 6.



*Image 6: Dodder (circled) enters the Capitol by climbing through the broken window to one side of the Senate Wing Door at 2:16 p.m.*

15. Dodder and Nelson then walked together to the Crypt, where they arrived at approximately 2:19 p.m. Dodder joined the mob's chants of "Our House" and filmed with his GoPro. *See* Image 7. At approximately 2:25 p.m., the large crowd in the Crypt pushed their way through uniformed police officers. Dodder remained in the Crypt until approximately 2:29 p.m., when he left in the direction of the Memorial Door wearing his gas mask and filming using his handheld GoPro. *See* Image 8.



*Image 7: Dodder (circled) joins the mob's chants of "Our House!" in the Crypt*



*Image 8: At approximately 2:29 p.m., Dodder (circled) follows the crowd towards the Memorial Door wearing his gas mask and filming on his GoPro*

16.     Dodder and Nelson walked to the Rotunda on the second floor of the U.S. Capitol building, arriving at approximately 2:33 p.m.  Both laughed and celebrated being in the Rotunda.  *See* Image 9.



*Image 9: Dodder (circled), holding a GoPro in one hand, celebrates with Nelson while in the Rotunda of the Capitol Building*

17.     At approximately 2:35 p.m., Dodder and Nelson walked from the Rotunda through Statuary Hall to join the growing mob outside the Chamber of the U.S. House of Representatives.  Dodder and Nelson went to one side of the hallway in the Statuary Hall Connector and looked out a window at a group of officers below.  Dodder patted Nelson on the shoulder and filmed the officers below using his GoPro.  *See* Images 10 and 11.  Nelson commented to Dodder, "Hurt 'em. We hurt 'em boys."  Dodder replied, "We stick with our guys we're good."  Meanwhile, the mob in the Statuary Hall chanted loudly, "Stop the Steal."



*Images 10 and 11: Dodder (circled) pats Nelson on the shoulder and films officer below.*

18. At 2:36 p.m., the mob overran the final line of U.S. Capitol police officers defending the outside of the House of Representatives Main Door. Dodder, who was in the crowd around this time, knew that the mob had pushed forward by force. *See* Image 12.



*Image 12: Dodder (circled) can be seen in the crowd moments after the mob pushes through officers to the House Main Door*

19. Dodder and Nelson remained outside the hallway near the House Main Door for at least 10 minutes. At approximately 2:45pm, Nelson and Dodder felt and saw law enforcement deploy tear gas in effort to regain control of the House Main Door. Rather than leave, both Dodder

and Nelson donned their respirators and goggles; Dodder also continued to film with his GoPro. *See* Image 13.



*Image 13: Dodder (circled) and Nelson wear goggles and respirator masks near the main entrance to the House Chamber*

20.　Dodder and Nelson split up for several minutes near the House Chamber, before meeting up again the Rotunda at approximately 2:52 p.m.  *See* Image 14.  Dodder and Nelson both approached the East Rotunda Doors at approximately 2:58 p.m., where they saw rioters exiting the building, but proceeded back into the Rotunda.  *See* Image 15.


*Image 14: Dodder and Nelson (circled) regroup in the Rotunda*


*Image 15: Dodder (circled) observes rioters leaving*

21.     Dodder and Nelson remained in the Rotunda area until approximately 3:04 p.m., when they finally exited the U.S. Capitol building via the Rotunda doors. *See* Image 16. In total, Dodder spent approximately 48 minutes inside the U.S. Capitol Building.



*Image 16: Dodder (circled) exits the U.S. Capitol Building via East Rotunda Doors at 3:04 p.m.*

### *Elements of the Offense*

22.     The parties agree that Disorderly Conduct in a Capitol Building or Grounds, 40 U.S.C. § 5104(e)(2)(D), requires the following elements:

- a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.
- b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.
- c. Third, the defendant acted willfully and knowingly.

23.     Further, the parties agree that Parading, Demonstrating, or Picketing in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G), requires the following elements:

a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. Second, the defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

24. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he willfully and knowingly engaged in disorderly and disruptive conduct in the U.S. Capitol Building and its grounds with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress—specifically, the Certification of the 2020 Presidential Election. Defendant further admits that he willfully and knowingly paraded, demonstrated, and picketed in the United States Capitol Building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Michael L. Barclay*
MICHAEL L. BARCLAY
Assistant United States Attorney
New York Reg. No. 5441423
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
Michael.Barclay@usdoj.gov
(202) 252-7669

## DEFENDANT'S ACKNOWLEDGMENT

    I, Derek Jaccob Dodder, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 03/29/2024

Derek Jaccob Dodder
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

    I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 03/29/2024

Elita Amato
Attorney for Defendant